Case 2:05-cr-50082-PDB-WC   ECF No. 61, PageID.466   Filed 07/15/20   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES DEVON KING | ) | Case No: 2:05-cr-50082 |
| | ) | USM No: 41002-039 |
| Date of Original Judgment: 3/25/2008 | ) | |
| Date of Previous Amended Judgment: | ) | Andrew Wise |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

At the time of sentencing, the defendant was determined to be a Career Offender based on his previous criminal convictions for Possession With Intent to Deliver Cocaine (October 21, 1988) and Delivery of a Controlled Substance Less Than 50 Grams (May 3, 1994). These offenses would still qualify the defendant as a Career Offender if sentenced today. KING is not eligible for a reduction in sentence pursuant to 18 U.S.C 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated   10/2/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   7/15/2020                                    s/Paul D. Borman
                                                            *Judge's signature*

Effective Date: _____                                    Paul D. Borman, U.S. District Judge
*(if different from order date)*                             *Printed name and title*